



UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>Francisco Javier HERNANDEZ-~~Guiterrez~~ GUTIERREZ,<br><br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Mag. Case No. '08 MJ 8000<br><u>COMPLAINT FOR VIOLATION OF:</u><br><br>Title 8, U.S.C., Section 1324(a)(1)(A)(ii)<br>Illegal Transportation of Alien |

The undersigned complainant, being duly sworn, states:

On or about January 8, 2008, within the Southern District of California, defendant Francisco Javier HERNANDEZ-~~Guiterrez~~ GUTIERREZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that alien, Marcos ALONSO-Dominguez had come to, entered or remained in the United States in violation of law, did transport or move, said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

And the complainant states that this complaint is based on the attached statement of facts which, is incorporated herein by reference.

MICHAEL MIKUSKI
Senior Border Patrol Agent

SWORN TO BEFORE AND SUBSCRIBED IN MY PRESENCE THIS 9th DAY OF JANUARY 2008.

PETER C. LEWIS
United States Magistrate Judge

Page 1

UNITED STATES OF AMERICA
           v.
Francisco Javier HERNANDEZ-Guiterrez

## STATEMENT OF FACTS

The complainant states that this complaint is based upon statements in the investigative reports by the apprehending Border Patrol Agent Andrew Baldwin, that on January 8, 2008, Francisco Javier HERNANDEZ-Gutierrez, a native and citizen of Mexico was apprehended near Niland, California, as the driver of a white 2001 Freightliner bearing California license, 9E05775, as he smuggled (1) one undocumented alien in violation of 8 U.S.C. Section 1324.

On Jnuary 8, 2008, at approximately 8:50 A.M., a white semi-truck without a trailer approached the Highway 111 primary inspection area. Agent Baldwin identified himself as a U. S. Border Patrol Agent and questioned the driver as to his citizenship. The driver, identified as Francisco Javier HERNANDEZ-Gutierrez stated he was a permanent resident of the United States and handed Agent Baldwin photocopies of his driver's license, resident alien card and social security card. Agent Baldwin then asked for photo identification. HERNANDEZ produced a valid California commercial driver's license. Agent Baldwin referred the vehicle to secondary inspection to run immigration checks on HERNANDEZ.

While in secondary inspection, Agent Aguilar approached the vehicle and noticed HERNANDEZ was nervous, as he kept his hands tightly on the steering wheel. Agent Aguilar spoke with HERNANDEZ and requested permission to conduct a canine sniff of the vehicle and its contents. HERNANDEZ stated "yes" and exited the vehicle. Agent Aguilar received a positive alert on the vehicle and searched the interior of the vehicle. Agent Aguilar stated that he had found a person, later identified as Marcos ALONSO-Dominguez, hidden inside the cab in one of the storage compartments of the vehicle.

Agent Aguilar identified himself as a U. S. Border Patrol Agent and questioned ALONSO as to his citizenship. The ALONSO admitted that he was a Mexican citizen and he had no documentation to live, work or reside in the United States. HERNANDEZ and ALONSO were placed under arrest.

Record checks revealed HERNANDEZ revealed that he was arrested on May 25, 2007, at the Highway 86 Border Patrol Checkpoint for smuggling 10 illegal aliens in a tractor-trailer. HERNANDEZ was convicted in the Southern District of the United States District Court and sentenced to 15 months prison. HERNANDEZ stated he was to turn himself in next Tuesday to begin serving his sentence.

Material Witness Marcos ALONSO-Dominguez stated he did not have documents to enter the United States. ALONSO entered into the United States January 7, 2008, by jumping over the fence from Mexicali, Mexico, into Calexico, California. ALONSO stated his family made the arrangements for him to be smuggled to Los Angeles, California. HERNANDEZ claimed his brothers were going to pay approximately $2,000.00 to an unknown person.

ALONSO was shown a six-pack photo line-up and was able to positively identify HERNANDEZ as the driver of the tractor-trailer. ALONSO identified photo number five as HERNANDEZ.

The complainant states that the names of the Material Witnesses are as follows:

| **NAME** | **PLACE OF BIRTH** |
|---|---|
| Marcos ALONSO-Dominguez | Mexico |

Further, complainant states that Marcos ALONSO-Dominguez, is a citizen of a country other than the United States; that said alien have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.