FILED

2008 JAN 23 PM 3:25

BY_____KMT_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

'08 CR 0207 BEN

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. _____ |
| Plaintiff, ) | <u>I N D I C T M E N T</u> |
| v. ) | Title 8, U.S.C., |
| FRANCISCO JAVIER ) | Sec. 1324(a)(1)(A)(ii) - Transportation of Illegal Aliens; |
| HERNANDEZ-GUTIERREZ, ) | Title 18, U.S.C., Sec. 3147 - Commission of Offense While on |
| Defendant. ) | Pretrial Release |

The grand jury charges:

On or about January 8, 2008, within the Southern District of California, defendant FRANCISCO JAVIER HERNANDEZ-GUTIERREZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Marcos Alonso-Dominguez, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

//

//

//

CMM:nlv:Imperial
1/18/08

PRETRIAL RELEASE ALLEGATION

It is further alleged that defendant FRANCISCO JAVIER HERNANDEZ-GUTIERREZ committed the offense alleged in the above Count while he was on pretrial release and therefore is subject to an enhanced penalty of up to ten years' imprisonment, pursuant to Title 18, United States Code, Section 3147.

DATED: January 23, 2008.

A TRUE BILL

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CARLA J. BRESSLER
Assistant U.S. Attorney

2