Neil R. Trop
Law Offices of Neil R. Trop
1991 Village Park Way, Ste. 160
Encinitas, CA  92024
(760) 634-1295
neiltroplaw@hotmail.com

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE ANTHONY J. BATTAGLIA)

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                              )<br>           Plaintiff,                                 )<br>                                                              )<br>     vs.                                                 )<br>                                                              )<br> FRANCISCO JAVIER HERNANDEZ-  )<br> GUTIERREZ,                                     )<br>                                                              )<br>                                                              )<br>           Defendant.                            )<br>                                                              ) | Case No.: 08MJ8008/08CR0207BEN<br><br>**EX PARTE MOTION TO REVOKE MATERIAL WITNESS BOND OF MARCOS ALONSO-DOMINGUEZ  _ AND DECLARATION OF ATTORNEY NEIL R. TROP IN SUPPORT THEREOF** |

## DECLARATION

Neil R. Trop declares under penalty of perjury as follows:

The defendant in this case was indicted on January 23, 2008.  The action is currently pending before the Honorable Roger T. Benitez

Material Witness Marcos Alonso-Dominguez was released on bond from the custody of the United States Marshal into the custody of the Bureau of Immigration and Customs Enforcement (hereinafter, "BICE") on February 12, 2008.  The material witness

1  bond was approved by the Honorable Anthony J. Battaglia on February 12, 2008, the
2  duty magistrate on that date.
3     It was anticipated that the material witness would be released from BICE on his
4  own recognizance as is the usual custom in cases such as this one.  On February 13, 2008,
5  the declarant was informed by El Centro BICE agent Federico Rodriguez that BICE had
6  information that Marcos Alonso-Dominguez is not a citizen of Mexico.  Agent Rodriguez
7  stated that it is the policy within the El Centro sector to release only material witnesses
8  who are citizens of Mexico.  Hence Marcos Alonso-Dominguez would not be released
9  from BICE custody. Agent Rodriguez requested that Marcos Alonso-Dominguez
10 therefore be transferred back into the custody of the United States Marshal.  Mr. Alonso-
11 Dominguez maintains that he is a citizen of Mexico and that the contrary information in
12 the possession of BICE is faulty.

## MOTION

It is requested that the material witness bond posted on his behalf be revoked, subject to reinstatement, pending further exploration of this matter and that Mr. Alonso-Dominguez be transferred from BICE custody back into the custody of the United States Marshal.

DATED: 2/14/08

/s/ Neil R. Trop

Neil R. Trop, Attorney for
Material Witness Marcos
Alonso-Dominguez