| | |
|---|---|
| NEIL R. TROP<br>Attorney at Law<br>1991 Village Park Way<br>Suite 160<br>Encinitas, CA 92024 | Case No. 08MJ8008/08CR0207BEN<br>U.S. v. HERNANDEZ-GUTIERREZ |

## DECLARATION OF SERVICE

I, the undersigned, say: I am over 18 years of age, employed in the County of San Diego, California, in which county the within-mentioned delivery occurred, and not a party to the subject cause. My business address is 1991 Village Park Way, Suite 160, Encinitas, California. I served the **EX PARTE MOTION TO REVOKE MATERIAL WITNESS BOND OF MARCOS ALONSO-DOMINGUEZ AND DECLARATION OF ATTORNEY NEIL R. TROP IN SUPPORT THEREOF** which was a true and correct copy of the document filed via the District Court's electronic filing system to each party named hereafter, as follows:

| | |
|---|---|
| Frank M. Murphy, III, Esq.<br>Counsel for Defendant | Christina McCall<br>U.S. Attorney's Office |

The document was electronically filed and thereby served by the undersigned at Encinitas, California on February 14, 2008.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 14, 2008, at Encinitas, California.

/s/ *Neil R. Trop*