cal_____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Civil No.08cr0207 BEN (AJB) |
| Plaintiff, | ) ) ) | **ORDER TO REVOKE BOND FOR MATERIAL WITNESS MARCOS** |
| v. | ) ) | **ALONSO-DOMINGUEZ AND TO TRANSFER MATERIAL WITNESS** |
| FRANCISCO JAVIER HERNANDEZ-GUTIERREZ, | ) ) ) | **INTO CUSTODY OF UNITED STATES MARSHAL** |
| Defendants. | ) | |

     **GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the material witness bond filed on behalf of Marcos Alonso-Dominguez on February 12, 2008 be revoked, subject to reinstatement, and that Material Witness Marcos Alonso-Dominguez be transferred from the custody of the Bureau of Immigration and Customs Enforcement, Department of Homeland Security, into the custody of the United States Marshal.  IT IS SO ORDERED.

     DATED:  February 20, 2008

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court

1

08cr0208

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

08cr0208