U.S. DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

IN RE:              USA v. Francisco Javier HERNANDEZ-Gutierrez

CASE NO.:           08cr0207-BEN

### CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 years and not a party to the case; I am employed in San Diego County, California where the service occurred; and my business address is 2482 Greyling Drive, San Diego, California 92123.

I caused to be served the following document(s):

```
NOTICE OF MOTION AND MOTION FOR DISCOVERY
STATEMENT OF FACTS AND POINTS AND AUTHORITIES
```

by:     **CM/ECF**  filing to CHRISTINA MCCALL, Esq. who will be served by the Court's **CM/ECF** system.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on  February 21, 2008.

s/Frank M. Murphy, III
E-mail: fmlaw@san.rr.com