NEIL R. TROP                                                                       Case No. 08CR207
Attorney at Law                                                                    U.S. v. HERNANDEZ-GUTIERREZ
1991 Village Park Way
Suite 160
Encinitas, CA 92024

## DECLARATION OF SERVICE

I, the undersigned, say: I am over 18 years of age, employed in the County of San Diego, California, in which county the within-mentioned delivery occurred, and not a party to the subject cause. My business address is 1991 Village Park Way, Suite 160, Encinitas, California. I served the **NOTICE OF MOTION AND VIDEO DEPOSITION OF MATERIAL WITNESS AND REQUEST AND THAT THIS MOTION BE HEARD BY THE DUTY MAGISTRATE JUDGE IN SAN DIEGO, POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR VIDEO DEPOSITION OF MATERIAL WITNESS MARCOS ALONSO-DOMINGUEZ, and DECLARATION OF ATTORNEY NEIL R. TROP IN SUPPORT OF MOTION FOR VIDEO DEPOSITION OF MATEIRAL WITNESS MARCOS ALONSO-DOMINGUEZ** which was a true and correct copy of the document filed via the District Court's electronic filing system to each party named hereafter, as follows:

Frank Murphy, Esq.                                                                Christina McCall
Counsel for Defendant                                                          U.S. Attorney's Office

The document was electronically filed and thereby served by the undersigned at Encinitas, California on February 25, 2008.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 25, 2008, at Encinitas, California.

/s/ *Neil R. Trop*